NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GREGORY RICHARD ESTOCK, I,**
*Petitioner,*

v.

**INTERNATIONAL BOUNDARY AND WATER COMM: U.S. AND MEXICO,**
*Respondent.*

---

2011-3166

---

Petition for review of the Merit Systems Protection Board in case no. DA0752100605-I-1.

---

**ON MOTION**

---

**ORDER**

The petitioner moves for leave to proceed in forma pauperis. The court treats his motion to stay the briefing schedule as a motion for an extension of time to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion for leave to proceed in forma pauperis is granted.

(2)  The motion for an extension of time is granted to the extent that petitioner's informal brief (form enclosed) is due within 60 days of the date of filing of this order.

FOR THE COURT

**AUG 1 8 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Gregory Richard Estock, I (informal brief form enclosed)
    Antonia R. Soares, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 8 2011

JAN HORBALY
CLERK